## JUNE, 1925.

### Albert J. Davis v. The State.

No. 9165.   Delivered June 3, 1925.

**Forgery—Evidence—Held Sufficient.**

No statement of facts nor bills of exception appearing in the record, the indictment being regular the cause is affirmed.

Appeal from the District Court of Navarro County.   Tried below before the Hon. Hawkins Scarborough, Judge.

Appeal from a conviction of forgery; penalty, two years in the penitentiary.

No brief filed by appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

LATTIMORE, Judge.—Appellant was convicted in the district court of Navarro County of forgery, and his punishment fixed at two years in the penitentiary.

The record is before us without statement of facts or bills of exception.   The indictment charges the offense and is followed by the instructions given the jury.

Finding no error in the record, the judgment will be affirmed.

*Affirmed.*